SMITH & REILAY *against* HUDSON.

*Where the sheriff, upon a fi. fa. sold 3 parcels of land, but in the certificate of sale, by mistake, omitted to mention one of these parcels, the court ordered him to amend his certificate, according to the fact.*

THE Sheriff of *Rensselaer*, under a *fi. fa.* issued in this cause, had sold *three* parcels of land, belonging to the defendant, to *Reilay*, one of the plaintiffs, but in the certificate of sale which he had made and filed, by mistake, had omitted to mention one of these parcels.

*The Court*, on motion, in behalf of *Reilay*, ordered the Sheriff to amend his certificate, by inserting therein, that he had also sold the parcel omitted.

Rule accordingly.